# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ERVIN MIDDLETON, | ) | 2:16-cv-00622-RFB-NJK |
| Plaintiff, | ) | ORDER |
| vs. | ) | (Docket No. 8) |
| CITIBANK, N.A., INC., | ) | |
| Defendants. | ) | |

Pending before the Court is Plaintiff's motion to serve Defendants at their expense. Docket No. 8. Plaintiff provides no evidence that he actually served Defendants a request for waiver of service in compliance with Federal Rule of Civil Procedure 4(d)(1). Plaintiff's motion is therefore **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: August 29, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge