# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERVIN MIDTLETON,<br>Plaintiff(s),<br>vs.<br>CITIBANK, N.A., INC.,<br>Defendant(s). | Case No. 2:16-cv-00622-RFB-NJK<br><br>ORDER |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than July 7, 2017, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: June 23, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge