RAUSCH, STURM, ISRAEL, ENERSON & HORNIK LLP
Shane P. Gale, Esq., Nevada Bar Number 12967
250 North Sunnyslope Road, Suite 300
Brookfield, WI 53005
(262)796-5672
sgale@rsieh.com
*Attorneys for the Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ERVIN MIDDLETON | ) |
| Plaintiff, | ) **Case No. 2:16-cv-00622-RFB-NJK** |
| vs. | ) |
| CITIBANK, N.A., INC., | ) **ORDER GRANTING PLAINTIFF'S MOTION TO** |
| Defendant(s). | ) **EXTEND DISPOSITIVE MOTION FILING DEADLINE** |

Defendant, Citibank, N.A., Inc. having filed a Motion to Extend Dispositive Motion Filing Deadline;

The Court having reviewed the same and finding good cause to extend the filing deadline;

Now, therefore, IT IS HEREBY ORDERED that the deadline for the parties to file dispositive motions is extended, and all such motions shall be filed on or before February 12, 2018.

Dated: January 8, 2018

By the Court:

_____
NANCY J. KOPPE
United States Magistrate Judge