# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERVIN MIDDLETON,<br><br>    Plaintiff,<br><br>v.<br><br>CITIBANK, NA.,<br><br>    Defendant. | Case No. 2:16-cv-00622-RFB-NJK<br><br>**ORDER** |

    The Plaintiff has filed two submissions, the Writ [ECF No. 60] of Error and the Notice [ECF No. 69] by Court Order, which suggest that they are rulings of this Court. They are NOT.

    It is improper for the Plaintiff to file ANY documents suggesting that he has the authority to issue an order as if it came from the Court. It is also improper for him to file ANY documents appearing to be court orders. The above-referenced documents are here by STRICKEN as they are not court orders despite appearing to be so.

    IT IS ORDERED that the Writ [ECF No. 60] Error and the Notice [ECF NO. 69] by Court Order are STRICKEN from the docket as improper documents.

    IT IS FURTHER ORDERED that if Plaintiff files ANY other such documents in this record, his case may be dismissed with prejudice as a sanction for seeking to usurp this Court's inherent authority and for perpetuating a fraud on the Court and the parties in this action.

1     DATED this 30th day of September, 2018.

                                                        **RICHARD F. BOULWARE, II**
                                                        **UNITED STATES DISTRICT JUDGE**