Abran Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
Email: vigila@ballardspahr.com
Email: demareel@ballardspahr.com

*Substituting attorneys for defendant Citibank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERVIN MIDDLETON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>　　　　Defendant. | CASE NO. 2:16-cv-00622-RFB-NJK<br><br>STIPULATION AND ORDER PERMITTING SUBSTITUTION OF COUNSEL |

Pursuant to LR IA 11-6(c), Citibank, N.A. ("Citibank") hereby agrees to the substitution of the law firm of Ballard Spahr LLP as its counsel of record in the place and stead of Rausch Sturm Israel Enerson & Hornik, LLP.

DATED this 12th day of October, 2018.

CITIBANK, N.A.

By: Christy G. Bennett

Title: Vice President

DMWEST #14605427 v1

BALLARD SPAHR LLP
100 N. CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

The law firm of Ballard Spahr LLP hereby agrees to its substitution as counsel of record for Citibank in the place and stead of Rausch Sturm Israel Enerson & Hornik, LLP.

DATED this 11th day of October, 2018.

BALLARD SPAHR, LLP

By: /s/ *Lindsay Demaree*
Joel Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135

The law firm of Rausch Sturm Israel Enerson & Hornik, LLP hereby agrees to the substitution of Ballard Spahr LLP as counsel of record for Citibank in its place and stead.

DATED this 11th day of October, 2018.

RAUSCH STURM ISRAEL ENERSON & HORNIK, LLP

By: /s/ *Sherry Moore*
Sherry A. Moore
Nevada Bar No. 11215
8691 W. Sahara Avenue, Suite 210
Las Vegas, NV 89117

**ORDER**

IT IS SO ORDERED.

Dated: Oct. 15, 2018

_____
United States Magistrate Judge

DMWEST #14605427 v1

2